UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNICE V. and FLOYD A. PRUETT, wife and husband,<br><br>    Plaintiffs,<br><br>        v.<br><br>GENERAL ELECTRIC COMPANY, a New York corporation, registered and licensed to do business in the State of Washington; JOHN DOES 1 through 10; and BUSINESS ENTITIES A through J,<br><br>    Defendants. | NO. CV-07-356-EFS<br><br>**ORDER OF DISMISSAL** |

Before the Court, without oral argument, is the parties' stipulated Motion for Dismissal with Prejudice. (Ct. Rec. 13.) The parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The stipulated Motion for Dismissal with Prejudice **(Ct. Rec. 13)** is **GRANTED**.

ORDER * 1

    2. The Complaint is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

    3. All pending trial and hearing dates are stricken; and

    4. This file shall be closed.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

    **DATED** this ___6th___ day of May 2008.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2007\356.Stip.Dismissal.wpd

ORDER * 2